ALAN H. BARBANEL (Cal Bar No. 108196)
 abarbanel@btlawla.com
STEPHEN D. TREUER (Cal Bar No. 138701)
 streuer@btlawla.com
BARBANEL & TREUER, P.C.
1875 Century Park East, Suite 1025
Los Angeles, California 90067
(310) 282-8088 - Telephone
(310) 282-8779 - Facsimile

Attorneys for Plaintiff and Counter-Defendant
Genesis Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRE PROPERTIES, INC., a California Corporation, and LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>Defendants.<br><br>RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No. 3:12-cv-00368-EDL<br><br>**STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>[Civil Local Rule 7.7]<br><br>Judge: Hon. Magistrate Elizabeth D. Laporte<br><br>**Old Date:   October 30, 2012**<br>**New Date:  November 27, 2012**<br>Time:  9:00 a.m.<br>Crtrm.: Courtroom E - 15th Floor<br><br>Trial Date:   None<br>Action Filed: January 24, 2012 |

Subject to Court approval, the parties to this action, Plaintiff and Counter-Defendant Genesis Insurance Company ("Genesis"), Defendant and Counterclaimant BRE Properties Inc. ("BRE"), and Defendant and Counterclaimant Lexington Insurance Company, stipulate as follows pursuant to Civil Local Rule 7.7 regarding the motion for summary judgment filed by Genesis on September 25, 2012 (docket number 51):

1.   The hearing date is changed from Tuesday October 30, 2012 to Tuesday November 27, 2012.

2.   Any opposition brief must be filed no later than October 25, 2012.

3. Any reply brief must be filed no later than November 6, 2012.

Good cause exists for this stipulation and proposed order because the parties have scheduled a mediation for October 18, 2012, which is before the proposed new briefing dates, and because all counsel are available on November 27, 2012.

DATED: September 27, 2012

BARBANEL & TREUER, P.C.
ALAN H. BARBANEL
STEPHEN D. TREUER

By: _/s/ Stephen Treuer_
STEPHEN D. TREUER
Attorneys for Plaintiff and Counter-Defendant
Genesis Insurance Company

DATED: September 26, 2012

ALLAN, MATKINS, LECK, GAMBLE,
MALLORY & NATSIS, LLP
THOMAS E. GIBBS

By: _/s/ Thomas E. Gibbs_
THOMAS E. GIBBS
Attorneys for Defendant and and Counter-Claimant BRE Properties, Inc.

DATED: September ___, 2012

GORDON & REES LLP
DONALD J. VERFURTH

By: _____
DONALD J. VERFURTH
Attorneys for Defendant and Cross-Defendant
Lexington Insurance Company

3. Any reply brief must be filed no later than November 6, 2012.

Good cause exists for this stipulation and proposed order because the parties have scheduled a mediation for October 18, 2012, which is before the proposed new briefing dates, and because all counsel are available on November 27, 2012.

DATED: September __, 2012

BARBANEL & TREUER, P.C.
ALAN H. BARBANEL
STEPHEN D. TREUER

By: _____
STEPHEN D. TREUER
Attorneys for Plaintiff and Counter-Defendant
Genesis Insurance Company

DATED: September __, 2012

ALLAN, MATKINS, LECK, GAMBLE,
MALLORY & NATSIS, LLP
THOMAS E. GIBBS

By: _____
THOMAS E. GIBBS
Attorneys for Defendant and and Counter-Claimant BRE Properties, Inc.

DATED: September ___, 2012

GORDON & REES LLP
DONALD J. VERFURTH

By: _____
DONALD J. VERFURTH
Attorneys for Defendant and Cross-Defendant
Lexington Insurance Company

1 **ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

4 Date: October 2, 2012

5                                   Hon. _____
United States Magistrate Judge

