1 ALAN H. BARBANEL (Cal Bar No. 108196)
   abarbanel@btlawla.com
2 STEPHEN D. TREUER (Cal Bar No. 138701)
   streuer@btlawla.com
3 BARBANEL & TREUER, P.C.
  1875 Century Park East, Suite 1025
4 Los Angeles, California 90067
  (310) 282-8088 - Telephone
5 (310) 282-8779 - Facsimile

6 Attorneys for Plaintiff and Counter-Defendant
  Genesis Insurance Company

7

8                   UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11
   GENESIS INSURANCE COMPANY, a          Case No. 3:12-cv-00368-EDL
12 Connecticut Corporation,
                                         **STIPULATION REGARDING
13              Plaintiff,               HEARING DATE AND BRIEFING
                                         SCHEDULE;** [PROPOSED] **ORDER**
14        vs.
                                         [Civil Local Rule 7.7]
15 BRE PROPERTIES, INC., a California
   Corporation, and LEXINGTON            Judge:   Hon. Magistrate Elizabeth D.
16 INSURANCE COMPANY, a Delaware         Laporte
   Corporation,
17                                       **Old Date:       October 30, 2012**
                Defendants.              **New Date:       November 27, 2012**
18                                       Time:   9:00 a.m.
   RELATED COUNTERCLAIMS AND             Crtrm.:  Courtroom E - 15th Floor
19 CROSS-CLAIMS
                                         Trial Date:     None
20                                       Action Filed:   January 24, 2012

21        Subject to Court approval, the parties to this action, Plaintiff and Counter-

22 Defendant Genesis Insurance Company ("Genesis"), Defendant and Counterclaimant BRE

23 Properties Inc. ("BRE"), and Defendant and Counterclaimant Lexington Insurance

24 Company, stipulate as follows pursuant to Civil Local Rule 7.7  regarding the motion for

25 summary judgment filed by Genesis on September 25, 2012 (docket number 51):

26        1.     The hearing date is changed from Tuesday October 30, 2012 to Tuesday

27 November 27, 2012.

28        2.     Any opposition brief must be filed no later than October 25, 2012.

Barbanel & Treuer, P.C.
Attorneys at Law
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

248937.1

1      3.     Any reply brief must be filed no later than November 6, 2012.

2      Good cause exists for this stipulation and proposed order because the parties have

3 scheduled a mediation for October 18, 2012, which is before the proposed new briefing

4 dates, and because all counsel are available on November 27, 2012.

5

6 DATED: September 27, 2012      BARBANEL & TREUER, P.C.
7                        ALAN H. BARBANEL
                           STEPHEN D. TREUER

8

9

10                     By: _____
11                     STEPHEN D. TREUER
                         Attorneys for Plaintiff and Counter-Defendant
12                       Genesis Insurance Company

13 DATED:  September 26 2012     ALLAN, MATKINS, LECK, GAMBLE,
14                        MALLORY & NATSIS, LLP
                         THOMAS E. GIBBS

15

16

17                     By: _____
18                     THOMAS E. GIBBS
19                     Attorneys for Defendant and and Counter-
                         Claimant BRE Properties, Inc.

20

21 DATED: September ___, 2012     GORDON & REES LLP
22                        DONALD J. VERFURTH

23

24

25                     By: _____
                         DONALD J. VERFURTH
26                     Attorneys for Defendant and Cross-Defendant
                         Lexington Insurance Company

27

28

Barbanel & Treuer, P.C.
Attorneys at Law
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

3.    Any reply brief must be filed no later than November 6, 2012.

Good cause exists for this stipulation and proposed order because the parties have scheduled a mediation for October 18, 2012, which is before the proposed new briefing dates, and because all counsel are available on November 27, 2012.

DATED: September ___, 2012          BARBANEL & TREUER, P.C.
                                    ALAN H. BARBANEL
                                    STEPHEN D. TREUER


                                    By: _____
                                         STEPHEN D. TREUER
                                         Attorneys for Plaintiff and Counter-Defendant
                                         Genesis Insurance Company

DATED:  September ___, 2012         ALLAN, MATKINS, LECK, GAMBLE,
                                    MALLORY & NATSIS, LLP
                                    THOMAS E. GIBBS


                                    By: _____
                                         THOMAS E. GIBBS
                                         Attorneys for Defendant and and Counter-
                                         Claimant BRE Properties, Inc.

DATED: September ___, 2012          GORDON & REES LLP
                                    DONALD J. VERFURTH


                                    By: _____
                                         DONALD J. VERFURTH
                                         Attorneys for Defendant and Cross-Defendant
                                         Lexington Insurance Company

Barbanel & Treuer, P.C.
Attorneys at Law
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779

STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE; [PROPOSED] ORDER

1

## <u>ORDER</u>

2     Pursuant to stipulation, IT IS SO ORDERED.

3

4     Date: October 2, 2012



5     Hon. El
      United S                                              ate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Barbanel & Treuer, P.C.
Attorneys at Law
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779