THOMAS E. GIBBS (BAR NO. 93819)
BRIAN R. BAUER (BAR NO. 238368)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: tgibbs@allenmatkins.com
        bbauer@allenmatkins.com

Attorneys for BRE PROPERTIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRE PROPERTIES, INC., a California corporation, and LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM AND CROSS-CLAIMS. | Case No. 3:12-cv-0368-EDL<br><br>**STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE;** ~~[PROPOSED]~~ **ORDER AS MODIFIED**<br><br>[Civil Local Rule 7.7]<br><br>New Date: December 11, 2012<br>Time: 9:00 a.m.<br>Loc.: Courtroom E - 15th Floor<br>Judge: Hon. Magistrate Elizabeth D. Laporte<br><br>Complaint Filed: January 24, 2012<br>Trial Date: None |

Subject to Court approval, the parties in this action, Plaintiff and Counterdefendant Genesis Insurance Company ("Genesis"), Defendant, Counterclaimant and Crossclaimant BRE Properties, Inc. ("BRE"), and Defendant, Counterclaimant and Crossclaimant Lexington Insurance Company ("Lexington"), stipulate as follows pursuant to Civil Local Rule 7.7 regarding (1) the motion for summary judgment filed by Genesis on September 25, 2012 (docket no. 51), (2) the motion for summary judgment filed by Lexington on October 23, 2012 (docket no. 58), and (3) the motions for summary judgment filed by BRE on October 29, 2012 (docket nos. 63 and 67):

1. The hearing date on the motion for summary judgment filed by Genesis is changed from Tuesday, November 27, 2012 to Tuesday, December 11, 2012 at 9:00 a.m.

2. The hearing date on the motion for summary judgment filed by Lexington is changed from Tuesday, November 27, 2012 to December 11, 2012 at 9:00 a.m.

3. The hearing date on the motions for summary judgment filed by BRE Properties, Inc. is changed from Tuesday, December 4, 2012 to Tuesday, December 11, 2012 at 9:00 a.m.

4. Any reply brief in support of the motion for summary judgment filed by Genesis must be filed no later than November 13, 2012.

4. Any opposition brief to the motion for summary judgment filed by Lexington must be filed no later than November 13, 2012.

5. Any opposition briefs to the motions for summary judgment filed by BRE must be filed no later than November 20, 2012.

6. Any reply brief in support of the motion for summary judgment filed by Lexington must be filed no later than November 20, 2012.

6. Any reply briefs in support of the motions for summary judgment filed by BRE must be filed no later than December 3, 2012.

Good cause exists for this stipulation and proposed order because the parties' motions for summary judgment concern the same issues, facts and law such that they should be heard at the same time, and because all counsel are available on December 11, 2012 at 9:00 a.m.

Dated: October 31, 2012

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
THOMAS E. GIBBS
BRIAN R. BAUER

By: /s/ Brian R. Bauer
BRIAN R. BAUER
Attorneys for Defendant, Counterclaimant and Crossclaimant
BRE PROPERTIES, INC.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

968931.01/OC

-2-
STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE;
[PROPOSED] ORDER

```
 1  Dated: October 30, 2012            BARBANEL & TREUER, P.C.
                                       ALAN H. BARBANEL
 2                                     STEPHEN D. TREUER

 3
                                       By: /s/ Stephen Treuer
 4                                         STEPHEN D. TREUER
                                           Attorneys for Plaintiff and Counterdefendant
 5                                         Genesis Insurance Company

 6

 7  Dated: October __, 2012            GORDON & REES LLP
                                       DONALD J. VERFURTH
 8

 9                                     By: _____
                                           DONALD J. VERFURTH
10                                         Attorneys for Defendant, Counterclaimant
                                           and Crossclaimant
11                                         Lexington Insurance Company
```

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

968931.01/OC

-3-
STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE;
[PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: October __, 2012 | BARBANEL & TREUER, P.C.<br>ALAN H. BARBANEL |
| 2 | | STEPHEN D. TREUER |
| 4 | | By: _____ |
| 5 | | STEPHEN D. TREUER<br>Attorneys for Plaintiff and Counterdefendant<br>Genesis Insurance Company |
| 7 | Dated: October 30, 2012 | GORDON & REES LLP<br>DONALD J. VERFURTH |
| 8 | | |
| 9 | | By: /s/ Donald J. V. |
| 10 | | DONALD J. VERFURTH<br>Attorneys for Defendant, Counterclaimant<br>and Crossclaimant |
| 11 | | Lexington Insurance Company |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

968931.01/OC

-3-

STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE;
[PROPOSED] ORDER

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The parties' proposed briefing schedule is approved. The hearing on the parties' summary judgment motions is scheduled for December 18, 2012, at 9:00 a.m.

Dated: November 1, 2012

_____
Hon. Magistrate Elizabeth D. Laporte
Judge, United States District Court